IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br>GUI-MER-FE, INC<br><br>DEBTOR | CASE NO. 21-01659 ESL<br><br>CHAPTER 11<br>Sub-Chapter V |
|---|---|

**APPLICATION FOR COMPENSATION OF ACCOUNTANT**

**TO THE HONORABLE COURT:**

**COMES NOW** Luis Cruz López, CPA .( Applicant herein), through the undersigned attorney for the debtor Gui-Mer-Fe, Inc. (Debtor herein), and respectfully submits as follows:

1. Applicant has performed accounting services for the Debtor from June 1, 2021 through August 25, 2021, as stated in the attached detailed statement.

2. To the best of Applicant's and the undersigned's knowledge, information and belief formed after reasonable inquiry, the compensation and reimbursement of expenses sought by Applicant conforms with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines, and the Local Rules of Bankruptcy Procedure.

3. The compensation and reimbursement of expenses requested by are billed at rates no less favorable to the Debtor/estate than those generally and customarily employed by the Applicant and other professionals in the same line of work.

4. This is Applicant's first application for compensation.

5. Applicant and Debtor have read the application.

6. A retainer of $4,500.00 was received by Applicant upon its retention as disclosed in the Application for Employment of Accountant filed by Debtor on June 10, 2021 (d.e. **13**).

7. By order dated June 28, 2021, the Honorable Court approved Applicant's employment (d.e.**27**).

In Re: GUI-MER-FE, Inc.  CASE NO. 21-01659 ESL

Page 2  Application for Compensation of Accountant

**WHEREFORE**, Applicant, Luis Cruz López, respectfully requests that the fees requested herein as per the attached detailed Invoice of professional services rendered, which total $8,685.00 minus the retainer paid upon employment in the amount of $4,500.00, thus resulting a pending balance of $4,185.00, be allowed as an administrative expense to be paid by Debtor upon approval by the Honorable Court.

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

**Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if your were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**CERTIFICATE OF SERVICE**: I hereby certify that on September 8, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties as follows:

| | |
|---|---|
| CARLOS INFANTE | On behalf of creditor The Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico Acting By and Through its Members cinfante@estrellallc.com; cinfante@ecf.courtfrive.com |
| DIANA TORRES CANCEL | dtorres.trustee.subchapter.5@gmail.com |
| MADELINE SOTO PACHECO | madelinesotopacheco@gmail.com; lubeysoto@gmail.com; lubeysotoii@gmail.com; lys.cmecf.bk@gmail.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| US TRUSTEE | ustpregion2.hr.ecf@usdoj.gov |

In Re: GUI-MER-FE, Inc.                                          CASE NO. 21-01659 ESL

Page 3                                                Application for Compensation of Accountant

I further certify that a copy of the document referred to above, has been additionally remitted to the following creditors and parties in interest to the following electronic addresses:

Municipal Revenue Collection Office (C.R.I.M.): Carmen Priscilla Figueroa,Esq.; cfigueroa@crimpr.net

PR Department of the Treasury: Migda L. Rodríguez Collazo, Esq.: mlrcbankruptcy@gmail.com, bankruptcy@hacienda.pr.gov

Financial Oversight and Management Board Of PR: Herman D. Bauer Alvarez, Esq.; hermann.bauer@oneillborges.com

Financial Oversight and Management Board Of PR: Martin J. Bienenstock, Esq.; mbienenstock@proskauer.com

PR Department of Justice: Migda L. Rodríguez Collazo, Esq.; migrodriguez@justicia.pr.gov

First Bank Puerto Rico: Maria Mercedes Benabe, Esq.; maria.benabe@firstbankbr.com

The Commonwealth of Puerto Rico: Sunny P. Beville, Esq.; sbeville@brownrudnick.com

AA General contractor Corp.: Martini, Hughes & Grossman; james@mhg.bz

Casillas Santiago & Torres, LLC, as counsel to the Official Committee of Unsecured Creditors: jcasillas@cstlawpr.com

Diana Torres Cancel, Sub- Chapter V Trustee: d.torres.trustee.subchapter.5@gmail.com

and that I have otherwise served these documents to the following parties by prepaid first class U.S. Postal Service:

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Dept. Of Education<br>PO BOX 190759<br>San Juan PR 00919-0759 | Small Business Administration<br>1545 Hawkins Blvd.<br>Suite 202<br>El Paso, TX 79925-2654 |
| Darlene N. Arroyo Feliciano<br>Ext. Guaydia<br>Calle Pedro Alvarado 21<br>Guayanilla PR 00656 | Department of the Treasury<br>Bankruptcy Section 424-B<br>PO Box 9024140<br>San Juan, PR 00902-4140 | Small Business Administration<br>10737 Gateway West<br>Suite 320<br>El Paso TX 79935-4910 |

In Re: GUI-MER-FE, Inc.                                                                 CASE NO. 21-01659 ESL

Page 4                                                                Application for Compensation of Accountant

| PR Dpt. of Labor<br>PO BOX 191020<br>San Juan PR 00919-1020 | Stephen J. Muldrow, AUSA<br>Torre Chardón 1201<br>350 Chardón S.<br>San Juan PR 00918-2124 | United States Trustee's Office<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-19922 |
|---|---|---|
| Jaime El Kouri<br>Jacob Jarvis Federal Bldg.<br>26 Federal Plaza Room 2-128<br>New York, NY 10279-2004 | The Special Claims Committee of<br>the Financial Oversight and<br>Management Board for Puerto Rico<br>Estrella LLC<br>PO BOX 9023596<br>San Juan PR 00902-3596 | |

Respectfully submitted in San Juan, Puerto Rico, this September 8, 2021.

/s/ ***Madeline Soto Pacheco***
MADELINE SOTO PACHECO, ESQ.
USDC 207910
LUBE & SOTO LAW OFFICES
Attorney for Debtor: Gui-Mer-Fe, Inc.
1130 F.D. Roosevelt Ave.
San Juan Puerto Rico, 00920-2906
TEL.:San Juan  787-722-0909
Tel Ponce 787-841-1704
E-MAIL: madelinesotopacheco@gmail.com

# CPA LUIS CRUZ LOPEZ
Certified Public Accountant

*"Integrity and Excellence"*

08/16/2021

GUI-MER-FE INC.
PMB 376 Suite 112
100 Grand Paseo BLVD
San Juan PR 00926-5902

Invoice No. **Ser-3752**

Project/Case: **Case: 21-01659 ELS**

Total hours: **57.9**

# INVOICE

| Date | Professional services rendered: | Time Incurred | Rate | Amount |
|---|---|---|---|---|
| 06/01/2021 | Phone conversation with Attny. Madeline Soto regarding case information. | 0.1 | 150.00 | 15.00 |
| 06/02/2021 | Phone conversation with Attny. Madeline Soto regarding case information. | 0.6 | 150.00 | 90.00 |
| 06/07/2021 | Initial client interview. | 0.9 | 150.00 | 135.00 |
| 06/07/2021 | Phone conversation with Attny. Madeline Soto regarding case information. | 0.3 | 150.00 | 45.00 |
| 06/10/2021 | Prepare documentation for Initial Debtor Interview (IDI), that include Balance sheet, Profit and loss and Projected Cash Flow. | 4.3 | 150.00 | 645.00 |
| 06/10/2021 | Phone conversation with Attny. Madeline Soto regarding case information. | 0.9 | 150.00 | 135.00 |
| 06/15/2021 | Prepare documents for the Initial Debtor Interview IDI. | 1.3 | 150.00 | 195.00 |
| 06/16/2021 | Prepare amended IDI documents, to include checks register up to May 27, 2021 | 1.9 | 150.00 | 285.00 |
| 06/17/2021 | Phone conversation with Attny Madeline Soto regarding amended Sofa and IDI documents | 0.9 | 150.00 | 135.00 |
| 06/18/2021 | Review documentation for the Initial Debtor Interview and IDI meeting. Phone conversation with Attny Madeline Soto regarding amended documents to be file. | 4.6 | 150.00 | 690.00 |

**BALANCE DUE**

# CPA LUIS CRUZ LOPEZ
Certified Public Accountant

*"Integrity and Excellence"*

08/16/2021

GUI-MER-FE INC.
PMB 376 Suite 112
100 Grand Paseo BLVD
San Juan PR 00926-5902

Invoice No.   **Ser-3752**

Project/Case:   ***Case: 21-01659 ELS***

Total hours:   ***57.9***

# INVOICE

| Date | Professional services rendered: | Time Incurred | Rate | Amount |
|---|---|---|---|---|
| 06/18/2021 | Phone conversations with Attny. Madeline Soto regarding case information. | 0.8 | 150.00 | 120.00 |
| 06/22/2021 | Phone conversation with Attny. Madeline Soto regarding case information. | 0.3 | 150.00 | 45.00 |
| 06/23/2021 | Analysis of accounting records for the period from December to May 2021, and to be able to submit answers to questions raised in the IDI | 2.9 | 150.00 | 435.00 |
| 07/01/2021 | Phone conversation with Attny. Madeline Soto regarding case information. | 0.3 | 150.00 | 45.00 |
| 07/02/2021 | Preparation and 341 meeting | 1.6 | 150.00 | 240.00 |
| 07/12/2021 | Phone conversation with Attny. Madeline Soto regarding case information. | 0.5 | 150.00 | 75.00 |
| 07/23/2021 | Phone conversation with Attny. Madeline Soto regarding case information. | 0.4 | 150.00 | 60.00 |
| 07/26/2021 | Prepare customized template for Bankruptcy Operating Reports (MOR) | 1.1 | 150.00 | 165.00 |
| 07/26/2021 | Setup QuickBooks data files | 1.3 | 150.00 | 195.00 |
| 07/27/2021 | Prepare Bankruptcy Operating Report (MOR) (checks, deposits register and bank reconciliation for the month of May 2021. | 4.9 | 150.00 | 735.00 |

**BALANCE DUE**

172 La Coruna St., Ciudad Jardin Bairoa, Caguas PR 00727-1354   /   Tel: (787) 402-3186   /   email: cpalcruz@gmail.com

Page 2



**CPA LUIS CRUZ LOPEZ**
Certified Public Accountant

*"Integrity and Excellence"*

08/16/2021

GUI-MER-FE INC.
PMB 376 Suite 112
100 Grand Paseo BLVD
San Juan PR 00926-5902

Invoice No.  **Ser-3752**

Project/Case:  **Case: 21-01659 ELS**

Total hours:  **57.9**

# INVOICE

| Date | Professional services rendered: | Time Incurred | Rate | Amount |
|---|---|---|---|---|
| 07/27/2021 | Prepare Bankruptcy Operating Report (MOR) (checks, deposits register and bank reconciliation for the month of June 2021. | 4.2 | 150.00 | 630.00 |
| 08/12/2021 | Phone conversation with Attny. Madeline Soto regarding case information and the preparation of plan attachments. | 0.6 | 150.00 | 90.00 |
| 08/16/2021 | Prepare attachments template for plan; Projected Financial Statements, payment table, Liquidation analysis and summary of post-petition operating report.(D) | 4.5 | 150.00 | 675.00 |
| 08/23/2021 | Prepare Attachments for plan; Projected Financial Statements, payment table, Liquidation analysis and summary of post-petition operating report.(D) | 7.6 | 150.00 | 1,140.00 |
| 08/23/2021 | Phone conversation with Attny. Madeline Soto regarding case information and the preparation of plan attachments. | 0.9 | 150.00 | 135.00 |
| 08/24/2021 | Prepare Bankruptcy Operating Report (MOR) (checks, deposits register and bank reconciliation for the month of July 2021. | 3.8 | 150.00 | 570.00 |

**BALANCE DUE**

172 La Coruna St., Ciudad Jardin Bairoa, Caguas PR 00727-1354  /  Tel: (787) 402-3186  /  email: cpalcruz@gmail.com



08/16/2021

GUI-MER-FE INC.
PMB 376 Suite 112
100 Grand Paseo BLVD
San Juan PR 00926-5902

Invoice No. **Ser-3752**

Project/Case: **Case: 21-01659 ELS**

Total hours: **57.9**

# INVOICE

| Date | Professional services rendered: | Time Incurred | Rate | Amount |
|---|---|---|---|---|
| 08/25/2021 | Corrections to Attachments for plan; Projected Financial Statements, payment table, Liquidation analysis and summary of post-petition operating report.(F) | 5.8 | 150.00 | 870.00 |
| 08/25/2021 | Phone conversation with Attny. Madeline Soto regarding case information and the preparation of plan attachments. | 0.6 | 150.00 | 90.00 |
| | Sub-total | | | 8,685.00 |
| | Retained or advance deposit | | -4,500.00 | -4,500.00 |

**BALANCE DUE** $4,185.00

172 La Coruna St., Ciudad Jardin Bairoa, Caguas PR 00727-3354 / Tel: (787) 402-3186 / email: cpalcruz@gmail.com